# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STATE OF FLORIDA,

       Plaintiff,

vs.                                             CASE NO. 5:09cv181/RS-EMT

GLYNIS BETHEL and ORLANDO BETHEL,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 10). Defendants have not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and is incorporated in this Order.

2. The removal to this court is dismissed as improper.

3. The clerk is directed to remand this case, which includes the following six state court criminal prosecutions filed in the County Court for Bay County, Florida:

(1) *State of Florida v. Orlando Bethel*, Case No. 09003163MMMO;

(2) *State of Florida v. Orlando Bethel*, Case No. 09003164MMMO;

(3) *State of Florida v. Orlando Bethel*, Case No. 09003165MMMO;

(4) *State of Florida v. Glynis Bethel*, Case No. 09003147MMMO;

(5) *State of Florida v. Glynis Bethel*, Case No. 09003148MMMO; and

(6) *State of Florida v. Glynis Bethel*, Case No. 09003157MMMO.


**ORDERED** on August 6, 2009.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**